1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BELL,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:13cv00347 GSA

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

(Document 2)

        Plaintiff Christopher Bell, appearing pro se, filed the instant complaint on March 11, 2013.  Also on March 11, 2013, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.


        IT IS SO ORDERED.

**Dated:    March 13, 2013**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE