1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BELL,                    )    1:13cv00347 GSA
                                     )
                                     )
                Plaintiff,           )    ORDER GRANTING APPLICATION
                                     )    TO PROCEED IN FORMA PAUPERIS
        v.                           )
                                     )    (Document 2)
                                     )
COMMISSIONER OF SOCIAL               )
SECURITY,                            )
                                     )
                                     )
                                     )
                Defendant.           )
_____)

17    Plaintiff Christopher Bell, appearing pro se, filed the instant complaint on March 11,

18  2013.  Also on March 11, 2013, Plaintiff submitted an application to proceed in forma pauperis.

19  A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his

20  application is therefore GRANTED.

21

22    IT IS SO ORDERED.

23  **Dated:    March 13, 2013**            _____
                                           **/s/ Gary S. Austin**
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

1