# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. BELL,             ) | 1:13-cv-347 GSA |
| Plaintiff,          ) | |
| )                                 | **ORDER DIRECTING THE CLERK'S** |
| v.                                ) | **OFFICE TO ISSUE SUMMONS AND** |
| )                                 | **SERVE NEW CASE DOCUMENTS** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| )                                 | **ORDER DIRECTING THE UNITED** |
| Defendant.        ) | **STATES MARSHAL TO SERVE** |
| _____ ) | |

**I.     Introduction**

Plaintiff Christopher D. Bell, ("Plaintiff") filed the instant action on March 11, 2013. (Doc. 1). Plaintiff is challenging a denial of his applications for disability insurance benefits pursuant to Title II of the Social Security Act and Supplemental Income disability benefits pursuant to Title XIV of the Social Security Act.

On March 13, 2013, this Court granted Plaintiff in forma pauperis status and also dismissed the case with leave to amend the complaint on the basis it was not clear whether this Court had jurisdiction. (Docs. 3 and 4).  On May 16, 2013, Plaintiff filed a First Amended Complaint ("FAC").  (Doc. 7).  Attached to the FAC are documents establishing that jurisdiction

1  in this Court is proper.  (Doc. 7 at pg. 4).

2      Accordingly, the Clerk's Office shall issue summons and new case documents in this action and serve Plaintiff with those documents, as well as a copy of this order.  Plaintiff shall comply with the directions outlined in the new case documents related to service of the summons and complaint ("Instructions for Service of Social Security Appeals").  Plaintiff shall return the required documents **no later than 20 days from the service of this order**.

     Finally, the United States Marshal shall serve a copy of the complaint and summons as directed by Plaintiff.  All costs of service shall be advanced by the United States.

**Plaintiff is advised that failure to comply with this order as directed will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 21, 2013**                    /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE