**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | **13-cv-347 GSA**<br><br><br>**ORDER TO SHOW CAUSE** |

　　　　On March 11, 2013, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1).  On April 15, 2013, the Court screened Plaintiff's case, dismissed the complaint and gave him leave to file an amended complaint. (Doc. 4).  Plaintiff filed an amended complaint on May 16, 2013.  (Doc. 7).

　　　　On May 22, 2013, the Court issued an Informational Order outlining the scheduling deadlines in this case.  (Doc. 11).  The Informational Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed

1

an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve a letter brief on Defendant outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, Plaintiff must file and serve an opening brief within 30 days.

On or about November 4, 2013, Defendant lodged the administrative record. (Doc. 17).  Pursuant to the Informational Order, Plaintiff was required to file the opening brief no later than February 9, 2013.  On February 5, 2014, Plaintiff filed a motion for an extension of time and a notice of change of address.  (Doc. 18).  On February 6, 2014, the Court granted Plaintiff's motion for an extension of time and ordered that Plaintiff's opening brief be filed no later than March 7, 2014. (Doc. 19).  The Court also changed Plaintiff's address on the docket and mailed a copy of the order to Plaintiff's new address.  On February 12, 2014, the order mailed to Plaintiff was returned as undeliverable.

On March 5, 2014, Defendant filed a certificate of service indicating that it had filed a response to Plaintiff's confidential letter brief. (Doc. 20).  Based on is filing, it appeared to the Court that Plaintiff had been in contact with Defendant.   Given that the Plaintiff is pro se, this Court has given Plaintiff additional time to file an opening brief prior to issuing this order.  However, to date, Plaintiff has failed to file the opening brief on March 7, 2014 as directed, nor has he had any contact with the Court thereafter. Moreover, it appears that Plaintiff has failed to keep the Court apprised of his address pursuant to Local Rule 182(f).

Accordingly, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's orders and for failure to prosecute.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order explaining why he has failed to comply as ordered.   If Plaintiff desires more time to file the brief, Plaintiff should so state in the response.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **April 24, 2014**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE